UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:10cv0129 (WOB)**

**BUDDY BULLOCK**                                                **PETITIONER**

**VS.**                            **O R D E R**

**PHILLIP KERNS, WARDEN**                                        **RESPONDENT**

This matter is before the court on the Magistrate Judge's Report and Recommendation (Doc. #12), and having considered *de novo* those objections filed thereto by the petitioner (Doc. #14), and the being sufficiently advised,

**IT IS ORDERED** that the motion of petitioner to transfer his second petition to the Sixth Circuit Court of Appeals (Doc. #5) be, and it is, hereby **granted**; and the petition for writ of habeas corpus (Doc. #1) be **transferred** to the United States Court of Appeals for the Sixth Circuit; that the objections of the petitioner (Doc. #14) be, and they are, hereby **overruled**; and that the petitioner's motions to proceed *in forma pauperis* (Doc. #9), motion for new trial (Doc. #10), and original action in Mandamus (Doc. #11) be, and they are, hereby **denied as moot**.

This 2nd day of August, 2010.



**Signed By:**
*William O. Bertelsman* WOB
**United States District Judge**